## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**GREGORY G. SCHULTZ, et al.,**

    **Plaintiffs,**

**v.**                                                         **Case No. 8:02-cv-2216-T-30EAJ**

**JOHN ASHCROFT, et al.,**

    **Defendants.**

_____

## **ORDER**

THIS CAUSE comes before the Court upon Defendant Deery's Motion for Rule 11 Sanctions against Defendant Heather Cuciniello-Rosenberg (Dkt. # 225) and Defendants Delano, Melchior and Cornell's proposed Bill of Costs (Dkt. # 228). The Court, after careful consideration, has determined not to impose Rule 11 sanctions upon Plaintiffs Gregory G. Schultz or Heather Cuciniello-Rosenberg. Accordingly, Defendant Deery's motion is denied. However, the Court finds that the Defendants' proposed Bill of Costs should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant Deery's Motion for Rule 11 Sanctions against Defendant Heather Cuciniello-Rosenberg (Dkt. # 225) is DENIED.

2. The Clerk is directed to enter a Bill of Costs against Plaintiffs Gregory G. Schultz and Heather Cuciniello-Rosenberg and in favor of Defendants Mary Delano, Albert Gregory Melchior and Robert Cornell in the amount of $6,073.94 in taxable costs.

3. The Clerk is directed to close this file and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on June 10, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2002\02-cv-2216.bill of costs.wpd